```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  CLYDE CHARLES HELMS
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. 1:11-cr-0384 AWI
                                     )
12            Plaintiff,             )   STIPULATION TO CONTINUE MOTIONS
                                     )   HEARING; ORDER
13       v.                          )
                                     )   Date:  March 26, 2012
14  CLYDE CHARLES HELMS,             )   Time:  10:00 a.m.
                                     )   Judge: Hon. Anthony W. Ishii
15            Defendant.             )
                                     )
16  _____ )
17
18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective
19  counsel that the motions hearing in the above-captioned matter now set for February 13, 2012, **may be**
20  **continued to March 26, 2012, at 10:00 a.m.** for a change of plea hearing.
21       This reason for the continuance is to permit counsel additional time for plea negotiations.
22  Additionally, counsel for the government will be starting trial on another matter.  This continuance will
23  conserve time and resources for both parties and the court.
24  ///
25  ///
26  ///
27  ///
28  ///
```

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for effective defense
3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                                    BENJAMIN WAGNER
                                                    United States Attorney

DATED: February 7, 2012          By:    /s/ *Kathleen A. Servatius*
                                        KATHLEEN A. SERVATIUS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: February 7, 2012          By:    /s/ *Ann H. Voris*
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Clyde Charles Helms


## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated: February 8, 2012                 _____
                                        CHIEF UNITED STATES DISTRICT JUDGE