**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR  Defendant, Eric Beauchamp

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:11-CR-00384 AWI |
| Plaintiff, | **STIPULATION TO CONTINUE MOTIONS HEARING; [PROPOSED] ORDER** |
| v. | |
| ERIC BEAUCHAMP, | Date: March 12, 2012 |
| Defendant. | Time: 1:00 p.m. |
| | HON. DENNIS L. BECK |
| | Dept. 9 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the motions hearing in the above-captioned matter now set for March 12, 2012, may be continued to April 9, 2012, at 1:00 p.m.

The reason for continuance is to permit counsel additional time to review discovery recently received. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

///
///
///
///

| | | |
|---|---|---|
| Dated: March 7, 2012 | | BENJAMIN WAGNER
United States Attorney |
| | By: | /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney,
Attorney for Plaintiff |
| Dated: March 7, 2012 | | HARRY M. DRANDELL
Law Offices of Harry M. Drandell |
| | By: | /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ERIC BEAUCHAMP |

**O R D E R**

IT IS SO ORDERED. Time is excluded pursuant to §§3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated: March 7, 2012**          /s/ **Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE