BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00384 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | DEFENDANTS' MOTION HEARING; |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| ERIC BEAUCHAMP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorney, hereby stipulate and agree that the Motion for Discovery in this case, currently scheduled for May 14, 2012, be continued until May 29, at 1:00 p.m.

The reason for this request is that the government's attorney requires additional time to provide additional discovery to the defendant and his attorney of record.

DATED: May 10, 2012　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Kathleen A. Servatius
　　　　　　　　　　　　　　　　　　　　KATHLEEN A. SERVATIUS
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: May 10, 2012　　　　　　　　　　/s/ Harry M. Drandell
　　　　　　　　　　　　　　　　　　　　Attorney for Eric Beauchamp

1

## **ORDER**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 14, 2012 to, and including, May 29, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: __May 10, 2012__          _____/s/ Dennis L. Beck_____
                                                               UNITED STATES MAGISTRATE JUDGE