1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891
4

5  ATTORNEYS FOR  Defendant, Eric Beauchamp

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10                         * * * * *

11 UNITED STATES OF AMERICA,   )   **CASE NO:  1:11-CR-00384 AWI-BAM**
                               )
12      Plaintiff,             )   **STIPULATION TO CONTINUE STATUS**
                               )   **CONFERENCE;  ORDER**
13 v.                          )
                               )
14 ERIC BEAUCHAMP,             )   Date: February 11, 2013
                               )   Time: 1:00 p.m.
15      Defendant.             )   HON. BARBARA A. McAULIFFE
   _____   )   Dept. 8
16

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel that the status conference in the above-captioned matter now set for February 11,

19 2013, be continued to March 11, 2013, at 1:00 p.m.

20         The reason for continuance is to permit counsel additional time in which to conduct

21 further investigation and to reach a plea agreement that is appropriate and agreeable to all parties.

22 This continuance will conserve time and resources for both parties and the court.

23         The parties agree that the delay resulting from the continuance shall be excluded in

24 the interests of justice, including but not limited to, the need for the period of time set forth herein

25 for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

26 ///

27 ///

28 ///

1 | Dated: February 7, 2013            BENJAMIN WAGNER
United States Attorney

By:   /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney,
Attorney for Plaintiff

Dated: February 7, 2013            HARRY M. DRANDELL
Law Offices of Harry M. Drandell

By:   /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ERIC BEAUCHAMP

**O R D E R**

IT IS HEREBY ORDERED that the Status Conference presently set for February 11, 2013, at 1:00 p.m. is continued to March 11, 2013, at 1:00 p.m. to be heard before the Honorable Barbara A. McAuliffe, Courtroom 3.

IT IS SO ORDERED.

Dated: **February 7, 2013**         **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE