**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811
Attorneys for: **Defendant, CLYDE CHARLES HELMS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00384 AWI |
| Plaintiff(s), | **STIPULATION TO ADVANCE SENTENCING; AND ORDER THEREON** |
| v. | |
| CLYDE CHARLES HELMS | |
| **Defendant(s).** | |

Defendant, CLYDE CHARLES HELMS, by and through counsel, Peter M. Jones, and Plaintiff, United States of America, by and through counsel, Benjamin B. Wagner hereby stipulate as follows:

That the Sentencing Date presently set for March 11, 2013, at 10:00 a.m. be advanced on calendar to February 25, 2013, at 10:00 a.m.

Dated: February 13, 2013       Respectfully submitted,

By: /s/ Peter M. Jones
PETER M. JONES, Attorney for
Defendant, CLYDE CHARLES HELMS

Dated: February 13, 2013       BENJAMIN B. WAGNER, U.S. Attorney

UNITED STATES ATTORNEY'S OFFICE

By: /s/ KATHLEEN SERVATIUS
KATHLEEN SERVATIUS
Assistant U.S. Attorney

{7302/002/00396865.DOC}    1

## **ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the Sentencing Date for Defendant, CLYDE CHARLES HELMS be advanced on calendar from the present date of March 11, 2013, at 10:00 a.m. to February 25, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 13, 2013  _____
SENIOR DISTRICT JUDGE