BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00384 AWI-BAM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING STATUS HEARING |
| ) | |
| v. ) | |
| ) | |
| ERIC BEAUCHAMP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant Eric Beauchamp, by and through his attorney Harry Drandell, having stipulated and agreed that the status conference in this case be continued from July 22, 2013 until August 12, 2013 at 1:00 p.m., and good cause appearing therefore;

IT IS SO ORDERED. At the August 12, 2013 status conference, the parties will be expected to inform the Court of the status of plea negotiations and whether a trial date should be set.

IT IS FURTHER ORDERED THAT, as the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, time shall be excluded to and through the date of the status conference in that failure to grant the requested continuance would unreasonably

1

deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act.

IT IS SO ORDERED.

**Dated:   July 11, 2013**               /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE