1 **HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
2 1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
3 PHONE (559) 442-8888
FAX (559) 442-8891
4

5 ATTORNEYS FOR Defendant, Eric Beauchamp

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 * * * * *

11 UNITED STATES OF AMERICA, ) **CASE NO: 1:11-CR-00384 AWI**
 )
12 Plaintiff, ) **STIPULATION TO CALENDAR CHANGE OF**
 ) **PLEA HEARING; ORDER**
13 v. )
 )
14 ERIC BEAUCHAMP, ) Date: September 23, 2013
 ) Time: 1:30 p.m.
15 Defendant. ) HON. ANTHONY W. ISHII
 ) Dept. 2
16

17 IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel that the Status Conference now set for September 23, 2013 at 1:00p.m., in

19 Department 8, before the Honorable Barbara A. McAuliffe, be set for a change of plea hearing on

20 September 23, 2013, at 1:30 p.m., in Department 2, before the Honorable Anthony W. Ishii.

21 The reason for this calendar change is to permit defendant to plead guilty pursuant

22 to a plea agreement to be filed with this court.

23 The parties agree that any delay resulting from this calendar change shall be excluded

24 in the interests of justice, including but not limited to, the need for the period of time set forth herein

25

26 for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv). The

27 government does not oppose this calendar change.

28 ///

| | | |
|---|---|---|
| Dated: September 18, 2013 | | BENJAMIN WAGNER<br>United States Attorney |
| | By: | /s/ Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney,<br>Attorney for Plaintiff |
| Dated: September 18, 2013 | | HARRY M. DRANDELL<br>Law Offices of Harry M. Drandell |
| | By: | /s/ Harry M. Drandell<br>HARRY M. DRANDELL<br>Attorney for Defendant,<br>ERIC BEAUCHAMP |

**O R D E R**

IT IS SO ORDERED. The Status Conference now set for September 23, 2013 at 1:00 in Department 8, be set for a Change of Plea hearing for September 23, 2013, at 1:30 p.m. in Department 2.

IT IS SO ORDERED.

Dated:   September 18, 2013  
_____  
SENIOR DISTRICT JUDGE