**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Eric Beauchamp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **1:11-CR-00384 AWI-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; O R D E R** |
| v. | |
| ERIC BEAUCHAMP, | **Date: December 9, 2013** |
| Defendant. | **Time: 10:00 a.m.** **HON. ANTHONY W. ISHII** **Dept: 2** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for December 9, 2013, be continued to January 13, 2014, or January 21, 2014, at 10:00 a.m.

The reason for the continuance is to permit counsel additional time in which to prepare informal objections and, if necessary, formal objections. The Presentence Investigation Report was to be filed on November 4, 2013, with "informals" due by November 18, 2013. Unfortunately, the Presentence Report was not filed until November 6, 2013, and counsel was unable to address it with defendant (since he is housed at Lerdo) until November 13, 2013. Based on recommendations made in the report, defendant would like to address several areas in informal objections (and formal, if necessary) including the Base Offense Level, adjustment for

Role in the Offense, and consecutive versus concurrent sentencing, but was unable to do so by November 18, 2013.

On November 18, 2013, Assistant United States Attorney, Kathleen Servatius, indicated she did not object to this continuance to allow counsel to file informal and formal objections.

On November 20, 2013, Probation Officer, Adrian Garcia, indicated he did not object to this continuance to allow counsel to file informal and formal objections.

Informal Objections are to be filed no later than December 16, 2013.

Formal Objections are to be filed no later than December 30, 2013.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

Dated: November 26, 2013          BENJAMIN WAGNER
United States Attorney

By: /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney,
Attorney for Plaintiff

Dated: November 26, 2013          HARRY M. DRANDELL
Law Offices of Harry M. Drandell

By: /s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ERIC BEAUCHAMP

O R D E R

IT IS HEREBY ORDERED that the Sentencing Hearing presently set for December 9, 2013, at 10:00 a.m., is continued to January 21, 2014, at 10:00 a.m., to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

Dated: November 26, 2013

_____
SENIOR DISTRICT JUDGE

3
STIPULATION TO CONTINUE SENTENCING